# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

|  |  |
|---|---|
| UNITED STATES OF AMERICA § § § | CDCS# 2003A95825 <br> Case No.: |
| vs. § § § § |  |
| ELLIOTT PRINCE JR III, § |  |

## COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

The United States of America, plaintiff, alleges that:

### Jurisdiction

1. This Court has jurisdiction over the subject matter of this action pursuant to Article III, Section 2, U.S. Constitution and 28 U.S.C. § 1345.

### Venue

2. The defendant is a resident of Miami-Dade County, Florida within the jurisdiction of this Court and may be served with service of process at 99 NE 186TH TER, MIAMI, FL 33179.

### The Debt

3. The debt owed the USA is as follows:

| | |
|---|---|
| A. Current Principal *(after application of all prior payments, credits, and offsets)* | $1,398.27 |
| B. Current Capitalized Interest Balance and Accrued Interest as of October 22, 2012 | $2,365.24 |
| C. Administrative Fee, Costs, Penalties | $0.00 |
| D. Credits previously applied (Debtor payments, credits, and offsets) | $0.00 |

| | |
|---|---:|
| E. Attorneys fees | $500.00 |
| **Total Owed** | **$4,263.51** |

The Certificate of Indebtedness, attached as Exhibit "A", shows the total owed excluding attorney's fees and CIF charges. The principal balance and the interest balance shown on the Certificate of Indebtedness is correct as of the date of the Certificate of Indebtedness after application of all prior payments, credits, and offsets. Prejudgment interest accrues at the rate of 8% per annum.

### Failure to Pay

4. Demand has been made upon the defendant for payment of the indebtedness, and the defendant has neglected and refused to pay the same.

WHEREFORE, USA prays for judgment:

A. For the sums set forth in paragraph 3 above, plus prejudgment interest through the date of judgment, all administrative costs allowed by law, and post-judgment interest pursuant to 28 U.S.C. § 1961 that interest on the judgment be at the legal rate until paid in full;

B. For attorneys' fees to the extent allowed by law; and,

C. For such other relief which the Court deems proper.

Respectfully submitted,

Newman & Marquez, P.A.

Date: 11/5/2012

By: _____
Jennifer Margolis Marquez
Florida Bar Number 0770701
1533 Sunset Drive, Suite 225
Coral Gables, Florida 33143
Tel. 305-665-9633
Facsimile 305-666-9714
Email: jenmargolis@bellsouth.net

**EXHIBIT "A"**

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

**CERTIFICATE OF INDEBTEDNESS**

Elliott Prince Jr. III
AKA: Elliott Prince Jr.
AKA: Elliott Prince III
97 99 NE 186th Terr
Miami, FL 33147

SSN: ████

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 10/25/99.

On or about 04/06/89, the borrower executed promissory note(s) to secure loan(s) of $1312.00 from Florida National Bank at 8 percent interest per annum. This loan obligation was guaranteed by Florida Department of Education, Office of Student Financial Assistance and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 CFR. Part 682). The holder demanded payment according to the terms of the note(s), and credited $0.00 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 01/01/90, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $1398.27 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on 09/22/95, assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $112.00 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $1398.27 |
| Interest: | $911.91 |
| Administrative/Collection Costs: | $0.00 |
| Late fees: | $0.00 |
| Total debt as of 10/25/99: | $2310.18 |

Interest accrues on the principal shown here at the rate of $0.31 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 11/3/99    Name: _Juren Black_
                                           Title: Loan Analyst
                                           Branch: Litigation Branch

## APPLICATION/PROMISSORY NOTE FOR A FLORIDA GUARANTEED STUDENT LOAN

**WARNING:** This student loan must be repaid. Failure to honor its repayment terms may result in Default. Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties under state and federal codes.

### I - BORROWER'S SECTION — COMPLETED BY STUDENT — PRINT OR TYPE ALL ENTRIES

1. Social Security Number: [redacted]
2. Last name: Prince JR. III  First: Elliott  Middle/Maiden:
3. Date of Birth: MO / DA / YR — 64
4. Permanent Home Address: 1748 N.W. 89 TR
5. Area Code-Phone No. for Item 4: [redacted]-8563
   City: Miami  State: Fl  Zip Code: 33147
6. U.S. Citizenship:
   1. U.S. Citizen or National [X]
   2. Permanent Resident or Eligible Non-Citizen
   (Alien Registration Number)
7. State of Permanent Residence: Fl  Since: 3-64 (MO/YR)
8. Have you ever DEFAULTED on any educational loan or do you owe a refund on any federal/state educational grant? Yes [ ] No [X]
9. REFERENCE REQUIREMENT - All references must be in the United States and be at different addresses.
   A. Name: Loree Ann Harris
      Home Address: 6603 NW 2 Ct
      City, State, Zip Code: Miami, Fl 33168
      Phone: [redacted]-6025
      Employer: Dade County School Bd
   B. Name: Luis Jimenez
      Home Address: 15012 N.W. 7 Ave
      City, State, Zip Code: Miami, Fl 33168
      Phone: [redacted]-1000
      Employer: Ideah Auto Parts - Self
10. Enter the amount owed on all GSL and FISL loans. GSL and FISL: $ 0 .00
11. Enter the following information on the most recent GSL you have received.
    (Name of Lender / City and State of Lender / Loan Period From-To / Check Interest Rate 7% 8% 9% / Amount Owed)
12. Enrollment Period Covered by This Loan: From 4/89 To 12/89
13. Intended Enrollment Status: Half-Time but Less Than Full Time [X]
14. Name of Lender Who Will Process this Loan: Florida National Bank

### PROMISSORY NOTE FOR A GUARANTEED STUDENT LOAN

I. **Promise To Pay** - I, the undersigned student-borrower identified above, PROMISE TO PAY to the order of my lender or to a subsequent holder of the Promissory Note, the principal sum of

15. $ 2625 .00 Requested Loan Amount - Must Be Numeric

or amount advanced to me and identified to me in the Notice of Loan Guarantee and Disclosure Statement, plus interest and any other charges which may become due as provided for in this Note. My signature certifies that I have read, understood and agreed to the conditions and authorizations stated in the "BORROWER CERTIFICATION" on the reverse side of this note.

NOTICE TO BORROWER: Terms of the Promissory Note continue on the reverse side.

I UNDERSTAND THAT THIS IS A PROMISSORY NOTE. I WILL NOT SIGN THIS PROMISSORY NOTE BEFORE READING IT INCLUDING THE WRITING ON THE REVERSE SIDE, EVEN IF OTHERWISE ADVISED. I AM ENTITLED TO AN EXACT COPY OF THIS PROMISSORY NOTE, THE NOTICE OF LOAN GUARANTEE AND DISCLOSURE STATEMENT AND ANY AGREEMENT I SIGN. BY SIGNING THIS PROMISSORY NOTE I ACKNOWLEDGE THAT I HAVE RECEIVED AN EXACT COPY HEREOF.

16. SIGNATURE OF BORROWER: /s/ Elliott Prince Jr III   DATE: 4-6-8
17. ENDORSER (LENDER OPTION): Street Address / City / State / Zip / S.S.N / Phone   DATE:

### II - SCHOOL SECTION — COMPLETED BY FINANCIAL AID OFFICER — PRINT OR TYPE ALL ENTRIES

18. School Code: 023060
19. Area Code/Phone No.: (305) 772-5883
20. Name and Address of School: Automatic Transmission School, 453 E. Okeechobee Road, Hialeah, Fl 33010
21. Grade Level: 1
22. Anticipated Completion Date: 12/89
23. Adjusted Gross Income: $18387
24. Enrollment period covered by Loan: From 04/10/89 To 12/8/89
25. Beginning Date of Second School Term Covered by Loan Period: 7/1/89
26. Dependency Status: Independent [X]
27. Cumulative Grade Point Average: NA of 4.0
28. Estimated Cost of Attendance: $11616 .00
29. Expected Family Contribution: $693 .00
30. Estimated Financial Aid for Loan Period: $1250 .00
31. Unmet Need: $9673 .00
32. Recommended Dates for Disbursements / Recommended Disbursement Amount:
    #1: 4/10/89 — $1312
    #2: 7/1/89 — $1313
    #3:
    #4:
    TOTAL OF DISBURSEMENTS: 2  $2625
33. Signature of Authorized School Official: /s/ MaryEllen Safon — F.A. Director (MARY ELLEN SAFON)
34. Date: 4/11/89

### III - LENDER SECTION — COMPLETED BY LENDER — PRINT OR TYPE ALL ENTRIES

35. Lender Code: 802301
36. Area Code/Phone No.: ( )
37. Name and Address: Florida National Bank
38. Loan Disbursement Date(s) / Loan Disbursement Amts:
    #1: 4/20/89 — $1312
    #2: 6/12/89 — $1313
    #3: APR 19 1989
    #4:
40. Karen Zinner Supervisor-Lo...
41. [illegible] 90 0308 40...
TOTAL AMOUNT LENDER APPROVES: $2625
Signature of Authorized lending Official / Print or Type Name and Title / Date
39. Check Interest Rate: 7% [ ] 8% [ ] 9% [X]