UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-24044-CIV-LENARD/O'SULLIVAN

UNITED STATES OF AMERICA,

 Plaintiff,

v.

ELLIOTT PRINCE JR. III,

 Defendant.
_____/

### ORDER

THIS MATTER comes before the Court on the Plaintiff's Motion for Attorney's Fees and Costs (DE # 11, 2/6/13).  Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure. **Failure to do so may be deemed sufficient cause for granting the motion by default**.  (Emphasis supplied).

Having received no response from the defendant, and a response having been due, it is

ORDERED AND ADJUDGED that the defendant shall file a response to the Plaintiff's Motion for Attorney's Fees and Costs (DE # 11, 2/6/13) on or before April 5, 2013.  The failure to file a response may result in a recommendation that the Plaintiff's Motion for Attorney's Fees and Costs (DE # 11, 2/6/13) be granted in its entirety.

DONE and ORDERED, in chambers, in Miami, Florida, this 22nd day of March, 2013.

*[signature]*
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Lenard
All counsel of record