UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-24044-CIV-LENARD/O'SULLIVAN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ELLIOTT PRINCE JR III,

    Defendant.
_____/

**ORDER**

THIS MATTER is before the Court on the Plaintiff's Motion for Attorney's Fees and Costs (DE # 11, 2/6/13). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion. **Failure to do so may be deemed sufficient cause for granting the motion by default**. (Emphasis supplied).

Having received no response from the defendant and a response having been due, it is

ORDERED AND ADJUDGED that the defendant shall file a response to the Plaintiff's Motion for Attorney's Fees and Costs (DE # 11, 2/6/13) on or before **May 14, 2013**. The failure to file a response may result in a recommendation that the Plaintiff's Motion for Attorney's Fees and Costs (DE # 11, 2/6/13) be granted in its entirety.

The plaintiff shall promptly serve a copy of this Order on the defendant by e-mail

or any other appropriate means and file a notice of compliance with the Court once the plaintiff has done so.

**DONE and ORDERED** in Chambers at Miami, Florida this 30th day of April, 2013.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Lenard
All counsel of record